```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
BOARD OF TRUSTEES OF 1199/SEIU                              :
GREATER NEW YORK BENEFIT FUND and                           :
BOARD OF TRUSTEES OF 1199/SEIU                              :
GREATER NEW YORK EDUCATION                                  :
FUND,                                                       :
                                                            :
                              Plaintiffs,                   :
                                                            :
              -against-                                     :
                                                            :
MANHATTAN VIEW HEALTH CARE                                  :
CENTER,                                                     :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

20-CV-6936 (VSB)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

Plaintiffs filed this action on August 27, 2020, (Doc. 1), and filed an affidavit of service on September 17, 2020, (Doc. 6.) The deadline for Defendant to respond to Plaintiffs' complaint was October 1, 2020. (*See* Doc. 6.) To date, Defendant has not appeared or responded to the complaint. Plaintiffs, however, have taken no action to prosecute this case. Accordingly, if Plaintiffs intend to seek a default judgment, they directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than November 20, 2020. If Plaintiffs fail to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: October 20, 2020
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge