UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
BOARD OF TRUSTEES OF 1199/SEIU :
GREATER NEW YORK BENEFIT FUND and :
BOARD OF TRUSTEES OF 1199/SEIU :
GREATER NEW YORK EDUCATION :
FUND, :
:
                              Plaintiffs, :
:
                 -against- :
:
MANHATTAN VIEW HEALTH CARE :
CENTER, :
:
                             Defendant. :
:
------------------------------------------------------------X

20-CV-6936 (VSB)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

       As I have previously ordered, Defendant is directed to appear to show cause why default judgment should not be entered in favor of Plaintiffs due to Defendant's failure to answer or otherwise respond to the complaint on December 23, 2020 at 10:00 am. (Doc. 18.) It is hereby:

       ORDERED that the December 23, 2020 hearing will be conducted by telephonic conference. The call-in number is 888-363-4749 and the passcode is 2682448.

SO ORDERED.

Dated:    December 21, 2020
              New York, New York

                                                Vernon S. Broderick
                                                United States District Judge