UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
                                                       :
                                                       :
BOARD OF TRUSTEES OF 1199/SEIU                         :
GREATER NEW YORK BENEFIT FUND and                      :
BOARD OF TRUSTEES OF 1199/SEIU                         :
GREATER NEW YORK EDUCATION FUND,  :          20-CV-6936 (VSB)
                                                       :
                                Plaintiffs,            :          **ORDER**
                                                       :
                                                       :
                        -against-                      :
                                                       :
MANHATTANVIEW HEALTHCARE                                :
CENTER,                                                :
                                                       :
                                Defendant.             :
                                                       :
-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/28/2020

VERNON S. BRODERICK, United States District Judge:

In accordance with my comments at the December 23, 2020 Order to Show Cause

hearing, (Doc. 20), it is hereby:

ORDERED that default judgment is entered in favor of Plaintiffs and against Defendant

Manhattanview Healthcare Center.  This case will be referred to the magistrate judge for an

inquest on damages.

SO ORDERED.

Dated:      December 28, 2020
            New York, New York

Vernon S. Broderick
United States District Judge