UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                              :

BOARD OF TRUSTEES OF 1199/SEIU     :
GREATER NEW YORK BENEFIT FUND and :
BOARD OF TRUSTEES OF 1199/SEIU     :
GREATER NEW YORK EDUCATION FUND,:
                              :
               Plaintiffs,     :
                              :
       -against-          :
                              :
MANHATTANVIEW HEALTH CARE    :
CENTER,                          :
                              :
             Defendant.   :
                              :
-------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___7/2/2021___

20-CV-6936 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

On June 30, 2021, Defendant filed a motion to compel arbitration and dismiss the action

pursuant to Federal Rule of Civil Procedure 12(b)(1).  (Docs. 30–32.)  Under Federal Rule of

Civil Procedure 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule

12(b) to amend the complaint once as a matter of course.  Accordingly, it is hereby:

ORDERED that Plaintiffs shall file any amended complaint by July 21, 2021.  It is

unlikely that Plaintiffs will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, Plaintiffs shall serve

any opposition Defendant's motion by July 30, 2021.  Defendant's reply, if any, shall be served

by August 13, 2021.

SO ORDERED.

Dated: July 2, 2021
        New York, New York

_____
        Vernon S. Broderick
        United States District Judge