# Levy Ratner

*Attorneys*

| | | |
|---|---|---|
| Daniel J. Ratner | Dana E. Lossia* | Aleksandr L. Felstiner• |
| Pamela Jeffrey | Micah Wissinger | Jessica I. Apter* |
| Carl J. Levine* | Ryan J. Barbur | Rebekah Cook-Mack |
| David Slutsky* | Alexander Rabb | Geoffrey A. Leonard♦ |
| Allyson L. Belovin | Laureve D. Blackstone* | |
| Robert H. Stroup | Kimberly A. Lehmann* | |

Attorneys at Law
80 Eighth Avenue, 8th Floor
New York, NY 10011-7175
o  212.627.8100
f  212.627.8182
levyratner.com

*Of Counsel*

Patricia McConnell
Linda E. Rodd

*Special Counsel*

Richard A. Levy
Daniel Engelstein
Richard Dorn

February 24, 2022

**BY ELECTRONIC FILING**

Hon. Denise L. Cote, U.S. District Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  Greater New York Benefit and Education Funds v. Manhattanview Healthcare Center, Case No.: 20-cv-6936

Greater New York Benefit and Education Funds v. Amboy Care Center, Inc. Healthcare Center, Case No.: 20-cv-6932

Dear Judge Cote:

We represent Plaintiffs in these actions by multiemployer employee benefit funds to collect contributions due from Defendants. This is a joint request by all parties for a 30-day extension of the March 18, 2022 due date for submission of Plaintiffs' summary judgment motions.

This morning, the parties had a very productive session with mediator Holly Weiss. The parties agree there is framework for settlement of these actions. However, final settlement appears to hinge upon resolution of other issues between Defendants and 199SEIU United Healthcare Workers East ("Union"), under whose collective bargaining agreement Defendants' contribution obligation arises. Discussions between Defendants and the Union are at an advanced stage but Defendants doubt that a global resolution is possible before March 18, 2022.

In the interests of avoiding additional attorney's fees and as well as judicial economy, the parties respectfully request the Court to extend the filing deadline for submission of Plaintiffs' summary judgment motion 30 days. I note that I will be on vacation from March 25th through April 1, 2022.

1289-003-00001: 11327909 (002)

*Advancing the rights of everyone who works*

\*  Admitted in NY and NJ.   °  Admitted in NY and CA. .   ♦  Admitted in NY and MI.

# Levy Ratner

Hon. Denise L. Cote
February 24, 2022
Page 2

       Counsel appreciate the Court's consideration.

                            Respectfully,

                            Patricia McConnell

PMC:jw

cc:    David Jasinski, Esq.
        Erin Henderson, Esq.

> Granted. Any motion is due April 15; opposition is due May 6; reply is due May 20. Any motion shall be fully submitted by May 20, 2022. There shall be no further adjournment of that date.
>
> Denise Cote
> 2/25/22

1289-003-00001: 11327909 (002)