UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
BOARD OF TRUSTEES OF 1199/SEIU GREATER    :   20cv6936 (DLC)
NEW YORK BENEFIT FUND and BOARD OF        :
TRUSTEES OF 1199/SEIU GREATER NEW YORK    :   ORDER
EDUCATION FUND,                           :
                                         :
                    Plaintiffs,           :
                                         :
               -v-                        :
                                         :
MANHATTANVIEW NURSING HOME a/k/a          :
MANHATTAN VIEW CARE CENTER,               :
                                         :
                    Defendant.            :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

On August 27, 2020, the plaintiffs filed this action and a substantially similar action, Board of Trustees of 1199/SEIU Greater New York Benefit Fund and Board of Trustees of 1199/SEIU Greater New York Education Fund v. Amboy Care Center, Inc., No. 20cv6392 ("Amboy").

On June 28, 2022, the Court issued an Order in the above-captioned case awarding the plaintiffs judgment for unpaid contributions, audit costs, and interest. The same day, the Court also ordered plaintiffs in both cases to file any motion for attorney's fees and costs by July 8, 2022, and to include in their motions a calculation of interest on the unpaid contributions through July 26, 2022. In both cases, the plaintiffs timely filed their motions, which included

calculations of interest payments. The defendant did not dispute the interest calculations.

Today, the Court issued an Opinion in Amboy granting the plaintiffs' motion for attorney's fees and costs. The parties' arguments on the motion for attorney's fees and costs in Amboy are substantially the same as those in the above-captioned case. Therefore, for the reasons stated in the Amboy Opinion of September 1, 2022, it is hereby

ORDERED that the plaintiffs' motion for attorney's fees and costs is granted.

IT IS FURTHER ORDERED that the plaintiffs shall present to the defendant a proposed judgment by **September 9, 2022.**

IT IS FURTHER ORDERED that the parties shall file the proposed judgement with any objections to its terms by **September 16, 2022.**

SO ORDERED:

Dated:   New York, New York
         September 1, 2022

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DENISE COTE
　　　　　　　　　　　　　　　　United States District Judge